FILED'11 JAN 18 9:45USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JAMES NICHOLAS JACKS, | Civ. No. 09-6243-CL |
| Plaintiff, | |
| v. | |
| MICHAEL J. ASTRUE, Commissioner, Social Security Commission, | **ORDER** |
| Defendant. | |

**PANNER, District Judge**:

Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, this court reviews legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (8th Cir. 1983).

I agree with Magistrate Judge Clarke that substantial evidence supports the ALJ's finding on plaintiff's lack of credibility. Accordingly, I ADOPT the Report and Recommendation

1 - ORDER

of Magistrate Judge Clarke.

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#13) is adopted. The complaint (#1) is denied.

IT IS SO ORDERED.

DATED this __14__ day of January, 2011.

*/s/ Owen M. Panner*

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER